# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1996

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Minnesota. |
| | * | |
| Therase LaShown Warren, also | * | [UNPUBLISHED] |
| known as "Slow," | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: May 10, 2004

Filed: May 17, 2004

_____

Before MURPHY and FAGG, Circuit Judges, and GOLDBERG,[*] Judge of the United
States Court of International Trade.

_____

PER CURIAM.

A jury convicted Therase LaShown Warren of distributing eight and a half ounces of crack cocaine to a cooperating witness on July 15, 2002. Warren appeals asserting the evidence was insufficient to convict him. Having carefully reviewed the record in the light most favorable to the verdict, we conclude a reasonable jury could

_____

[*]The Honorable Richard W. Goldberg, Judge of the United States Court of International Trade, sitting by designation.

have found beyond a reasonable doubt that Warren distributed crack cocaine. See United States v. Davis, 357 F.3d 726, 728 (8th Cir. 2004) (standard of review). Evidence included testimony by the cooperating witness, testimony by the surveillance officers, transcripts of telephone conversations between Warren and the cooperating witness, Warren's fingerprints on the plastic bag containing the crack cocaine sold to the cooperating witness, and Warren's possession of the prerecorded buy money in his pants pocket immediately after the transaction. Any questions about the cooperating witness's testimony was for the jury alone to decide, and other evidence supported the cooperating witness's testimony. See id. Contrary to Warren's assertion, the officers thoroughly searched the cooperating witness and his vehicle before the transaction occurred.

We thus affirm Warren's conviction.[**] See 8th Cir. R. 47B.

_____

_____

[**]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.